Gail Strasveld v. Ms. Norma Santos-Sotos Ms. Strasveld, good morning. Good morning, Your Honors. May it please the Court, Gail Strasveld v. Ms. Norma Santos-Sotos, who asks this Court to vacate her conviction for conspiracy to possess with intent to distribute. I would stand corrected, but I believe when I checked the record, Bernie did not plead guilty. Bernie Gonzalez did not plead guilty to a drug conspiracy. He only pled guilty to the first count, which was a civil rights conspiracy. No one, as far as I could tell from the record, has ever pled guilty to the drug conspiracy. But by the government's theory, anybody who happened to have a phone call that day with any of these guys should have been convicted as well. Well, I just wanted to correct what, you know, I mean, Bernie wasn't, and I don't know that, I don't know which phone calls in particular, Your Honor, are referring to, but according to the evidence, Ms. Santos had no knowledge that there was going to be any unlawful transfer of drugs from Eggie and Tito to the target dealer. She didn't have that knowledge. She believed at all times that Aquino gave the confidential informant the drugs. And if you look at the testimony of the confidential informant of Hernandez, that's what he says. He says, I didn't tell any police officer that the drugs came from Eggie and Tito. I didn't tell any police officer that the drugs didn't come from Aquino. That's what she believed, legitimately. That's what Bernie Gonzalez believed. That's what he says he believed. And at no time did he have any information to contradict that. I know that in response to my brief, the government says, well, you know, Bernie Gonzalez did. He eventually, he unambiguously, you know, said that it didn't come from Aquino. In the brief that the government filed in response to the codependent Plaza, they referred to the legitimate belief of Bernie Gonzalez believing that it came from Aquino. And they cite that. I can give you the page of their brief, 26 to 27 of their brief to Codependent Plaza. And they quote Bernie Gonzalez's testimony. When you arrested Mr. Aquino on that day, was it your belief that the 45 baggies were provided by Mr. Aquino to Geraldo, the confidential informant? Correct. And you had no other information to contradict that, is that correct? No. Ms. Santos Soto had no other information to contradict that either. That's what she told the FBI guy, the agent. She did acknowledge that she encouraged Bernie to lie about when the cocaine was obtained. But she didn't have any knowledge, which was required, that the cocaine came from anyone else other than Aquino. Do we know, we have the 50 bags appears twice in this story. It appears with Plaza telling the confidential informant to purchase 50 bags, I believe. And then it also appears with Eggy and Tutti giving confidential informant 50 bags. There is no evidence that Eggy and Tito don't testify. The only one that testifies about that incident on July are Bernie and the confidential informant. Bernie doesn't say anything about Eggy and Tito because he believes, as everyone else did, that it came from Aquino. So you have the confidential informant saying it came from Eggy and Tito, but he doesn't say, he doesn't tie that. He doesn't say specifically, I have 50 grams. He gets in the car and he tells everybody it came from Aquino. If you believe him that it came from Eggy and Tito, then yes. But stay with that for a second. Did he say when it came from them in relationship to the phone conversation with Plaza telling him to buy 50 from Aquino? No, Your Honor. That's not in the record at all. It's very vague in the record. You have the confidential informant testifying, I got the drugs from Eggy and Tito. I never told anybody I got the drugs from Eggy and Tito. Everybody else thought, I thought, I had this charade twice in February and in July. I had this charade where I pretended that I got them from Aquino. And I never told any police officer I hadn't gotten them from Aquino. I don't know, there's just nothing there to show that Ms. Santos had the knowledge. There's also nothing there to show that she voluntarily and knowingly agreed to such conspiracy. What the government points to in response to that is, well, she encouraged Bernie to lie. This is true. And this was sufficient to make out a violation of the due process rights. Because she said, even though we know it didn't come from him at his house or from his person, we know it came from him. So let's just take this shortcut. Unlawful, but let's just take this shortcut. But that doesn't make out that she agrees to a conspiracy to have drugs transferred from law enforcement to the targeted dealer. And I think that when you look at all the evidence that was there, there's just nothing there to show either knowledge or that she voluntarily agreed to it. Are there any other questions? Thank you. Ms. Monroe, good morning. Good morning. May it please the court, my name is Tiffany Monroe and I represent the United States. We ask that you affirm the judgment of the district court for the reasons set forth in our brief. We submit that the evidence was sufficient to sustain the Norma Santos conviction for possession with intent to distribute cocaine. In this case, the objective of the conspiracy was to distribute judge for the purpose of prosecuting John Juan Carlos Aquino and Roberto Gonzalez. And in this case, the Norma Santos had knowledge of the conspiracy. We see that knowledge from the conversation that was had in the patrol car between Bernie Gonzalez and Norma Santos and the other co-conspirators, Carlos Plaza. She was informed during that radio call that the by-bus would not go as planned. And that, and therefore, the drugs were not directly obtained from Aquino. During the conversation back at the police station after Aquino was arrested, Agent Bernie Gonzalez informed her that, you know, he asked what would we do with the drugs because it wasn't a direct, it wasn't a, we didn't do a bus by. She informed him that he should lie to the duty prosecutor and say that he obtained the drugs directly from Aquino. By informing Agent Gonzalez to lie, she tacitly agreed to join the conspiracy to have. Which conspiracy? The conspiracy to distribute drugs. And how do you, you described how she joined the conspiracy to which she is not appealing and was convicted. But how did she know that Aggie and Tootie were supplying the drugs to confidential informant? Well, a conspirator need not know all the details of a conspiracy. But how did she know any of that? I'm sorry, how did she know any of the details about what Aggie and Tootie, that Aggie and Tootie supplied the confidential informant of the drugs? She knows the CI didn't make a direct buy. Yes, she does know that. But that doesn't make out your distribution case. Well, she doesn't actually, conspiracy doesn't require an overt act, so she didn't actually have to have possession of the drugs prior to the failed bill, by bus. She had to agree to join a conspiracy whose purpose was distribution of drugs. Yes. What evidence is there that she joined a conspiracy whose purpose was distribution of drugs? Well, I would submit that she joined the conspiracy late. The conspiracy started in February. She joined the conspiracy late. And her active participation began, for my review of the record, after she told Bernie Gonzalez to lie. She is responsible for all activities of the conspiracy prior to her involvement of the conspiracy, which includes the actions of Aggie and Tootie providing the confidential informant with the drug supplant on Aquino and Gonzalez. We know that she informed the FBI agent Tobar that the buy bus did not occur, and that in lieu of the failed buy bus, she asked Bernie Gonzalez to lie. I'm sorry. Sorry. I mean, other than that, which you have repeated several times, what other evidence is there that she joined the conspiracy? I would say that those were the, that was the bulk of the evidence that she submitted. That she told him to lie. And that she was aware that the buy bus did not happen. She told Bernie Gonzalez to lie about the fact that the buy bus did not happen for the purpose of the- You've repeated lie about ten times already, but that doesn't make it a conspiracy. I understand. I understand. Suppose all that's happened is that they didn't get the drugs, they just framed the guy, okay? Is that a conspiracy to distribute drugs? I'm sorry, say that again, they didn't get the drugs? Suppose all they did was claim they bought it from the guy and they didn't. Okay. All right, and she told the other officer to lie and she lied. That's not a conspiracy to distribute drugs, is it? By itself. By itself. No, because there would actually have to be a distribution. And in this case, there was distribution when- What's her knowledge of the distribution? She was at least aware, and I know that Judge Therese said that I repeated this several times. I won't say it again. You can say lie again, it won't make it any better, but you can do it again. She was aware that the buy bust did not happen as planned. I would liken this case to United States versus Mina Robles. In that case, the defendant challenged his conviction on the charge of possession with intent to distribute. He did not have any participation in the negotiations of the drug sale. An undercover agent was working to purchase drugs with Carlos Cartwright. Mina Robles only arrived at the restaurant at the time of the final sale. He arrived at the same time as his other co-conspirators. He was at an adjacent table to the table where the other main co-negotiators were negotiating the final details of the deal. And he was identified as a person who was going to be there to protect the money. Ultimately, this court upheld his conviction even though he did not participate in all aspects of the case. And one of the things the court looked at is that the government need not establish that the defendants know or agree upon every detail of the conspiracy. But you have to agree on the central purpose, and here it's distribution. So I come back to the question, what evidence do you have, much less evidence that would convict a jury beyond a reasonable doubt, that Santos even knew of the purpose of the fact of the drug distribution conspiracy? Other than, and I know you cite the lie, is there anything else? No, I wouldn't submit that there's anything else. Ms. Strasfield pointed out that in the government's briefing there is a statement that, well I guess it's Bernie, Agent Gonzalez-Velez unambiguously demonstrated that he did not believe that Aquino was the source of the drugs. But she also pointed out that in the other case that we just heard argument in, the government was taking the position that Bernie, along with lots of other people, thought that Aquino was the source of the drugs. So I'm trying to understand the import of this statement. Can you set the time frame? Do you remember that part of the briefing? I didn't, I did not, I can't say that I do because I did not participate in the briefing of the Carlos Plaza. I did review it previously. I don't have a recent recollection of the details of the brief. But I would say that at the time of the, in reviewing the transcript, I know the government stated that Bernie Gonzalez... unambiguously demonstrated that he didn't believe that Aquino was the source of the drugs. That's really my question. Okay. I can't say that I can point to something specific, Your Honor. If there's nothing further, I'll rest on my brief. Thank you. Thank you.